

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>Eric David Carillo,<br><br><br>DEFENDANT(S). | CASE NUMBER<br><br>CR-13-0779-DMG<br><br>**ORDER OF TEMPORARY DETENTION**<br>**PENDING HEARING PURSUANT**<br>**TO BAIL REFORM ACT** |
|---|---|

Upon motion of __Defendant__ , IT IS ORDERED that a detention hearing is set for __December 9, 2015__ , _____ , at __11:00__  ☒a.m. / ☐p.m. before the Honorable __Jean P. Rosenbluth__ , in Courtroom __827-A__ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __12/7/15__            __/s/ Jean Rosenbluth__
                              U.S. ~~District Judge~~/Magistrate Judge