FILED
CLERK, U.S. DISTRICT COURT

DEC - 9 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: CR 13-00779-DMG |
| Plaintiff, | ) | |
| vs. | ) | ORDER OF DETENTION AFTER HEARING |
| | ) | [Fed. R. Crim. P. 32.1(a)(6); |
| | ) | 18 U.S.C. § 3143(a)] |
| Eric David Carrillo, | ) | |
| Defendant. | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District/California for alleged violation(s) of the terms and conditions of (his)/her [probation] ([supervised release]); and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.    (✓)  The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on _inadequate bail resources, unstable residence,_

1  prior failure to appear, nature of the current
2  allegations, including that he left district and
3  State without notice or authorization + did not report
   arrest in Nevada
4  and/or
5  B.  (✓)  The defendant has not met his/her burden of establishing by
6  clear and convincing evidence that he/she is not likely to pose
7  a danger to the safety of any other person or the community if
8  released under 18 U.S.C. § 3142(b) or (c).  This finding is based
9  on: recent arrest and apparent substance abuse
10  issues
11
12
13
14  IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.
16
17  Dated: __12/9/15__          _Jean Rosenbluth_
                                   JEAN ROSENBLUTH
18                                 U.S. MAGISTRATE JUDGE
19
20
21
22
23
24
25
26
27
28